# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00103-CV

**Kameron Williams, Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT NO. 214,846-B, HONORABLE RICK MORRIS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Kameron Williams filed a first amended notice of appeal with the trial court on February 14, 2007, the last volume of the clerk's record was filed on March 9, 2007, and final volume of the reporter's record was filed on March 27, 2007. Appellant's brief was therefore due on April 16, 2007. *See* Tex. R. App. P. 38.6(a). The brief has not been received and no extension of time has been requested or granted. On June 21, 2007, this Court sent notice that the brief was overdue to appellant's appointed counsel, Pauline Wiseman Stevens. To date, counsel has not responded to this Court's notice that the brief is overdue.

The appeal is abated. The trial court shall conduct a hearing to determine whether appellant desires to pursue her appeal, whether she is indigent and, if she is, whether her appointed counsel has abandoned this appeal. *See* Tex. R. App. P. 38.8(a)(2) *see also* Tex. R. App. P. 38.8(b)(2). The court shall make appropriate findings and recommendations, and a supplemental

record from this hearing—including copies of all findings and orders and a transcription of the court reporter's notes—shall be forwarded to the clerk of this Court no later than August 20, 2007. *See* Tex. R. App. P. 38.8(b)(3).

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Abated

Filed:   July 20, 2007

2